IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAVID L WINTERS**,

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

**Defendant.**  No. 11-CV-0690-DRH

### ORDER

**HERNDON, Chief Judge:**

On August 12, 2011, David L. Winters filed a complaint against the Commissioner of Social Security, for judicial review of an administrative agency's decision (Doc. 2). Specifically, Winters seeks judicial review of the Commissioner's decision regarding claims for social security which adversely affects him. The Court notes that the complaint indicates that the named plaintiff is deceased and that the pending motion and affidavit to proceed in forma pauperis is signed by the deceased's son. A deceased person cannot file suit. Further, there is no indication that the

deceased's son was substituted for the deceased at the administrative level.[1]  Thus, the Court **ALLOWS** plaintiff ninety days to file an amended complaint with the proper plaintiff.  Further, the Court denies at this time the motion to proceed in forma pauperis.  The motion and affidavit may be refiled after the proper plaintiff is named.

**IT IS SO ORDERED.**

Signed this 19th day of August, 2011.

David R. Herndon
2011.08.19
07:07:08 -05'00'

**Chief Judge**
**United States District Court**

---

[1] The supplement to the complaint states that the deceased's son would like to be substituted for the deceased.  However, this supplement was signed August 10, 2011.  Obviously, this application was signed after the deceased was denied the benefits and the administrative law judge did not have the opportunity to decide this request.